IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL CASE NO. |
| v. | |
| | 1:09-CR-511-01-JEC |
| LUIS ALBERTO LARA-LOPEZ, | |
| Defendant. | |

### ORDER

The above criminal action is presently before the Court on the Magistrate Judge's Report and Recommendation [111] recommending accepting defendant's plea of guilty tendered on October 25, 2010. No objections to the Report and Recommendation have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [111] and **ACCEPTS** the defendant's plea of guilty as to Counts One and Three of the Indictment. The Court notes that the sentencing date has been set for **TUESDAY, APRIL 5, 2011, 1:30 P.M., COURTROOM 2107.**

SO ORDERED this ___ day of FEBRUARY, 2011.

JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE